No. 96–6856. SHORT v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6858. CORR v. GANNETT PACIFIC CORP. C. A. 9th Cir. Certiorari denied.

No. 96–6859. AREWA v. GEARINGER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 96–6862. FREEMAN v. YOUNG, EXECUTIVE DIRECTOR, ALABAMA BOARD OF PARDONS AND PAROLES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6863. BANKS v. THOMAS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6870. HARRI v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6871. PECK v. CHAFIN, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, WAYNE COUNTY, ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 96–6872. BARTHOLIC v. STEWART, DIRECTOR, ARIZONA DE-PARTMENT OF CORRECTIONS. Sup. Ct. Ariz. Certiorari denied.

No. 96–6873. BROWN v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6880. FREDERICK v. EVANS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–6883. JONES v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–6886. HALL v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–6896. MILLIGAN v. ERATH COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6905. SPAIGHT v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Cer-tiorari denied.